FILED
2021 APR -7 AM 9:05
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DSITRICT OF DELAWARE

------------------------------------------------------------------------x   Chapter 11
In re:                                                                                              Case no 17-12560(BLS)

WOODBRIDGE GROUP OF COMPANIES, LLC  et al.

                Remaining Debtors ,

MICHAEL GOLDBERG, in his capacity as
Liquidating Trustees of the WOODBRIDGE
LIQUIDATUON TRUST ,

                                Plaintiff,

                Vs.

NAA INSURANCE AGENCY GROUP, CORP.

------------------------------------------------------------------------x

## DEFENDANT'S OPPOSITION TO PLAINTFF'S MOTION FOR DEFAULT

    Defendant NAA INSURANCE AGENCY, CORP, by the undersigned, files this opposition to the Plaintiff's Motion for Default Judgment in this action.

    1.    At the outset I apologize for the late response and ask that this motion be adjourned to permit us sufficient time to retain counsel to formally oppose this motion. Further in that connection I note that we only just received this paperwork, as we have been away from the office in celebration of our Jewish Passover Holiday during most of operative period for this Motion.

    2.    As for a matter of substance,  not having heard from anyone for over the last year from when our attorneys sent their prior emails, copies of which are attached hereto and made part hereof as  Exhibit 'A' , we were under the impression that  the said emails constituted our written answer, objection and denial to the claims made against our company by Plaintiff, and that if there was any issue in that regard that we

would be permitted at least 30 days prior notice to retain counsel and provide a more formal defense. Up until now we had no further communication from Plaintiff regarding this matter.

3. There is strong merit to our defense and opposition and we will likely succeed on the merits of this case.. Among other things, we believed in good faith that the earlier email exchange on our behalf would have been entered into Plaintiff's and the court's records as some form of appearance and general denial.

4. Of material significance and in support of our position, any claims or demands made against our company are fully denied as all of the particular transactions in question relating to our company were duly authorized and consented to by prior courts all as evidence by prior court orders.

5. Having secured court orders prior to our company entering into the particular transactions in question on its face there is a clear demonstration and evidence that there is nothing here to support any claim of improper business dealings whether by claim of fraudulent intent or otherwise.

6. I have read this Opposition and know the contents hereof. The same is true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters we believe them to be true. This Affirmation is made by me instead of a sworn statement as our religious observances prevent us from swearing to any document.

WHEREFORE Defendant NAA INSURANCE AGENCY, CORP hereby requests that Plaintiff's Motion for a Default be denied in its entirety, at this time.

Affirmed:

_____
Jacob Adler , President

Spring Valley, New York
April 6, 2021

Exhibit "A"

-----Original Message-----
To: acaine@pszjlaw.com <acaine@pszjlaw.com>
Sent: Wed, Jul 15, 2020 7:21 am
Subject: Fwd: In Re Woodbrige Group of Companies - USBC , District of Delaware / Case no 17-12560 (KJC)

I

Dear Mr. Caine:

I write without prejudice and with reservation of rights. My client sent me some paperwork they received via mail from your office advising that a default judgment proceeding had been commenced against Adler's Insurance dba NAA Insurance Agency in the
above referenced bankruptcy proceeding..

It was thought that my earlier email exchange would have been entered into your and the court's records as some form of appearance and general denial , to the effect that any claims or demands made against my client were fully denied as all of the particular transactions in question relating to my client were duly authorized and consented as evidence by prior court orders. Respectfully it seems to me to be dispositive , that by my client having secured court orders prior to entering into the particular transactions in question on its face there is a clear demonstration and evidence that there is nothing here to support any claim of improper business dealings whether
by fraudulent intent or otherwise.

Notwithstanding, as an accommodation my client is willing to pay Five Thousand ($5,000.00) dollars as a lump sum in full and final settlement of this matter. And in the event that the parties are not able to resolve this matter at this time then I am writing to request a 30 day extension of time to answer or move in response to this proceeding so that my client has the opportunity to retain California counsel in defense hereof.

I thank you in advance for your due consideration and approval hereof.

Stan

STANLEY A. SCHUTZMAN, Esq.
Stanley A. Schutzman, P.C.
Email: **schutzmanlaw@aol.com**
        Assistant: Diana E. Frailey
        Email: *fraileyd@aol.com*
Phone: (845) 600 - 8LAW (8529)
Facsimile: (845) 600 - 1LAW (1529)

**Rockland County Office:**     **Dutchess County Office**:
61 S. Main Street              P.O. Box 969
New City, N.Y. 10956        Poughkeepsie, N.Y. 12602

Notice: IRS Circular 230 Disclosure: To the extent tax advice is contained herein or any attachment such is not intended and cannot be used by you or any party to whom this correspondence is shown for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending the tax advice addressed herein to any other party.

This communication is intended only for the listed recipient and may contain information that is privileged and confidential. If you are not the listed recipient any use, distribution or reproduction of this communication (including any attachments) is strictly prohibited.

**From:** schutzmanlaw@aol.com [mailto:schutzmanlaw@aol.com]
**Sent:** Friday, July 26, 2019 3:13 AM
**To:** Andrew Caine; Beth D. Dassa
**Cc:** jacob@adlersinsurance.com
**Subject:** In Re Woodbrige Group of Companies - USBC , District of Delaware / Case no 17-12560 (KJC)

Dear Mr. Caine:

I'm writing without prejudice further to my voice message. I write to confirm that I have been retained by Adlers Insurance Company with reference to your letter of July 12, 2019 on behalf of the Liquidating Trustee in respect of the above referenced matter, another copy of which is attached for your ease of reference..

My client appreciates that the :Liquidating Trustee is interested in engaging in a discussion aimed at resolving the Trust's claim to recover from my client the sum of $77,581.11 alleged as "Avoidable Amount" since 2012, and to thereby avoid attendant time and expense of litigation.

At the outset I mentioned my understanding that the records should show that my client's business dealings with Woodbridge was pursuant to court order and certainly without any fraudulent intent on my client's part, and that in order for my client to properly review and evaluate the Trust's Avoidable Amount claim request is hereby made that your office provide me with the details thereof separately broken down by designated assignee, annuity issuer, date, amount, etc.; this so that a detailed review can be undertaken by my client with a view towards providing a prompt and meaningful response.

Thanks. Stan

STANLEY A. SCHUTZMAN, Esq.
Stanley A. Schutzman, P.C.
Email: **schutzmanlaw@aol.com**
        Assistant: Diana E. Frailey

         Email:    fraileyd@aol.com
Phone:    (845) 600 - 8LAW (8529)
Facsimile: (845) 600 - 1LAW (1529)

**Rockland County Office:**
61 S. Main Street
New City, N.Y. 10956

**Dutchess County Office:**
P.O. Box 969
Poughkeepsie, N.Y. 12602

Notice: IRS Circular 230 Disclosure: To the extent tax advice is contained herein or any attachment such is not intended and cannot be used by you or any party to whom this correspondence is shown for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending the tax advice addressed herein to any other party.

This communication is intended only for the listed recipient and may contain information that is privileged and confidential. If you are not the listed recipient any use, distribution or reproduction of this communication (including any attachments) is strictly prohibited.

CONFIDENTIALITY

This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING

Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

 Virus-free. www.avast.com

This envelope is for use with the following services:  UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

-742-5877)

ear you.

Apply shipping documents on this side.

Do not use this envelope for:

tain
must
than

UPS Ground
UPS Standard
UPS 3 Day Select®

commercial
Visit
document.

8 oz. or less.
veight.

ctronic media
t send cash

BILLING: P/P

XOL 21.03.15

NV45 42.0A 01/2021*

UPS NEXT DAY AIR EARLY

TRACKING #: 1Z 982 V1E 15 9724 6915

SHIP TO:
JUDGE SHANNON
302252215
USBC FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET
WILMINGTON DE 19801

ADLERS INSURANCE AGENCY
8453565656
86 EAST ROUTE 59
SPRING VALLEY NY 10977

1.0 LBS LTR

1 OF 1

DE 197 9-25

1+

™



Serving you for more than 100 years
United Parcel Service.

  

d other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or
"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101  4/14  PAC  United Parcel Service