# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*., | Adv. Proc. No. 19-50990 (JKS) |
| Plaintiff, | **Ref Docket No. 35** |
| vs. | |
| NAA INSURANCE AGENCY, CORP, | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2021, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated July 9, 2021 [Docket No. 35], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to the parties listed on the annexed Exhibit A.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
12th day of July, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NAA INSURANCE AGENCY CORP | DBA ADLERS INSURANCE AGENCY | 86 E ROUTE 59 | | | SPRING VALLEY | NY | 10977 |
| NAA INSURANCE AGENCY, CORP. | ATTN: ANDY ALBRIGHT, CEO | 30 EISENHOWER AVENUE | | | SPRING VALLEY | NY | 10977 |